IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 04-40080 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| JOHNNY JOE DESILVA, JR., a/k/a Loco, ) | Sections 2, 875(b), 924(c)(1), and |
| a/k/a JJ, a/k/a Gordo, ) | 1959(a)(6), Title 21, United States |
| JOHN JOE DESILVA, SR., a/k/a Juan, and ) | Code, Sections 841(a)(1), |
| JOSE GARCIA-MARTINEZ, a/k/a Puppet, ) | 841(b)(1)(A), and 846 |
| ) | |
| Defendants. ) | |

**SUPERSEDING INDICTMENT**

FILED
JAN 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE GRAND JURY CHARGES:

**COUNT ONE**
**(CONSPIRACY TO DISTRIBUTE COCAINE AND MARIJUANA)**

From at least April 21, 1994, through at least August 23, 2004, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOHNNY JOE DESILVA, JR., a/k/a Loco,
a/k/a JJ, a/k/a Gordo,
JOHN JOE DESILVA, SR., a/k/a Juan, and
JOSE GARCIA-MARTINEZ, a/k/a Puppet,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and marijuana, a Schedule I Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**COUNT TWO**
**(ATTEMPTED ASSAULT WITH A DANGEROUS WEAPON)**

At all times relevant to Count Two of this Indictment:

1. The defendant, **JOHNNY JOE DESILVA, JR., a/k/a Loco, a/k/a JJ, a/k/a Gordo**, together with other persons, known and unknown, were members and associates of a

criminal organization, that is, an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), namely, the Latin Kings Street Gang (hereinafter, the "Latin Kings"), a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2. The enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder in violation of 720 ILCS 5/9-1 and 720 ILCS 5/8-4(a), robbery in violation of 720 ILCS 5/18-2(a)(2) and 720 ILCS 5/8-2(a), and narcotics trafficking in violation of Title 21, United States Code, Sections 841 and 846.

3. A purpose of the Latin Kings was to protect and defend territory, including certain areas of the City of East Moline, Illinois, and the City of Davenport, Iowa, considered to be within control of the Latin Kings, by acts of violence directed against members of rival street gangs, including the Outlaw Gangsters.

4. Members and associates of the Latin Kings obtained and collected firearms and other deadly weapons to facilitate the protection of territory claimed by the Latin Kings, to keep victims in fear, to retaliate against rival gangs, and to facilitate the distribution of controlled substances.

5. On or about July 3, 2002, in the Central District of Illinois, for the purpose of maintaining and increasing his position in the Latin Kings, an enterprise engaged in racketeering activity, the defendant, **JOHNNY JOE DESILVA, JR., a/k/a Loco, a/k/a JJ, a/k/a Gordo**, did attempt to commit assault with a dangerous weapon, that is, the defendant did intentionally and knowingly attempt to cause injury to another person, in that the defendant, with the intent to

- 2 -

commit the crime of Aggravated Battery with a Firearm, performed a substantial step toward the commission of that offense, namely the defendant caused another person to shoot at members of the Outlaw Gangsters with a handgun, in violation of 720 ILCS 5/12-4.2(a)(1) and 720 ILCS 5/8-4(a), all in violation of Title 18, United States Code, Section 1959(a)(6), and Title 18, United States Code, Section 2.

## COUNT THREE
## (USING AND CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE)

On or about July 3, 2002, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**JOHNNY JOE DESILVA, JR., a/k/a Loco, a/k/a JJ, a/k/a Gordo,**

did, knowingly use and carry a firearm, that is, a handgun, during and in relation to a crime of violence which is a felony prosecutable in a court of the United States, that is, a violation of Title 18, United States Code, Section 1959(a)(6), as set forth in Count Two of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOUR
## (INTERSTATE COMMUNICATION OF A THREAT TO KIDNAP)

On or about December 18, 2003, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**JOHNNY JOE DESILVA, JR., a/k/a Loco, a/k/a JJ, a/k/a Gordo,**

did, with the intent to extort from another person a thing of value, namely 30 pounds of marijuana with a wholesale value of approximately $20,000, knowingly transmit in interstate commerce, from East Moline, Illinois, to Oklahoma, a telephone communication containing a threat to kidnap another person, that is, an employee of an Oklahoma City, Oklahoma retail

business, all in violation of Title 18, United States Code, Section 875(b).

## COUNT FIVE
## (INTERSTATE COMMUNICATION OF A THREAT TO INJURE)

On or about December 24, 2003, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**JOHNNY JOE DESILVA, JR., a/k/a Loco, a/k/a JJ, a/k/a Gordo,**

did, with the intent to extort from another person a thing of value, namely 30 pounds of marijuana with a wholesale value of approximately $20,000, knowingly transmit in interstate commerce, from East Moline, Illinois, to Oklahoma, a telephone communication containing a threat to injure another person, all in violation of Title 18, United States Code, Section 875(b).

## COUNT SIX
## (INTERSTATE COMMUNICATION OF A THREAT TO INJURE)

On or about December 23, 2003, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**JOHN JOE DESILVA, SR., a/k/a Juan,**

did, with the intent to extort from another person a thing of value, namely 30 pounds of marijuana with a wholesale value of approximately $20,000, knowingly transmit in interstate commerce from East Moline, Illinois, to Oklahoma, a telephone communication containing a threat to injure another person, all in violation of Title 18, United States Code, Section 875(b).

## COUNT SEVEN
## (INTERSTATE COMMUNICATION OF A THREAT TO INJURE)

On or about December 30, 2003, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**JOHN JOE DESILVA, SR., a/k/a Juan,**

did, with the intent to extort from another person a thing of value, namely 30 pounds of

marijuana with a wholesale value of approximately $20,000, knowingly transmit in interstate commerce from East Moline, Illinois, to Oklahoma, a telephone communication containing a threat to injure another person, all in violation of Title 18, United States Code, Section 875(b).

                                              **A TRUE BILL**

                                                  S/foreperson
                                                **FOREPERSON**

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**
SLD