E-FILED
Tuesday, 21 June, 2005 03:22:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-40080 |
| | ) | |
| JOHNNY JOE DESILVA, | ) | |
| Defendant. | ) | |

FILED
JUN 21 2005

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
[ ] Ad Prosequendum          [X] Ad Testificandum

Name of Detainee: Frederick Lamont Gay   d/o/b_____   SSN _____
Detained at (custodian): Rock Island County Jail, Rock Island, Illinois

Detainee is:   a.)   [ ] charged in this district by:
                     [ ] Indictment   [ ] Information   [ ] Complaint
                     Charging Detainee with :_____

or             b.)   [X] a witness not otherwise available by ordinary process of the Court.

Detainee will: a.)   [X] return to the custody of detaining facility upon termination of proceedings

or             b.)   [ ] be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Appearance is necessary on June 27, 2005, and any date thereafter for his testimony at 9:00 a.m. In:
[ ] Peoria  [X] Rock Island, Illinois for the purpose of:   [X] U. S. District Court   [ ] Grand Jury.

June 21, 2005
Date

Sara Darrow, Assistant U.S. Attorney
Phone 309-793-5884

## ORDER FOR WRIT OF HABEAS CORPUS

[ ] Ad Prosequendum          [X] Ad Testificandum

The above application is granted and the Clerk is hereby ORDERED to issue a Writ for the production of the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 21, 2005
Date

S/Thomas J. Shields

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE