# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 3, 2006

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 06-1451                    v. | ] Illinois.<br>] |
| JOHNNY J. DESILVA, JR.,<br>    Defendant-Appellant. | ] No. 04 CR 40080<br>]<br>] Joe Billy McDade,<br>]      Judge. |

FILED
MAY 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

This matter comes before the court for its consideration of **DEFENSE COUNSEL'S MOTION TO WITHDRAW**, filed by attorney James Bryson Clements on March 6, 2006. Upon consideration thereof

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney William Duffin, Godfrey and Kahn, 780 N. Water Street, Milwaukee, WI 53202, is appointed to represent defendant-appellant Johnny Joe DeSilva pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

**IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before July 28, 2006.

2. Plaintiff-appellee shall file its brief on or before August 28, 2006.

3. Defendant-appellant shall file his reply brief, if any, on or before September 11, 2006.

-over-