**E-FILED**
Tuesday, 20 October, 2009  11:14:25 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  04-40080 |
| | ) | |
| JOHNNY JOE DeSILVA, Jr. | ) | |
| | ) | |
| Defendant, | ) | |

## O R D E R

In October 2005, Defendant was convicted after a jury trial of various drugs and firearms offenses and was sentenced on December 7, 2005, to prison for 51 months, a term he is currently serving.  Petitioner's letter/motion (Doc. 123) is construed as a motion for an Order requiring one of his trial attorneys, Murray W. Bell, to provide him with all discovery provided by the Government related to the charges against him.  Petitioner claims that his attorney destroyed the requested discovery after his conviction pursuant to an agreement between his attorney and government attorneys.  The Court does not perceive any statutory or constitutional issue raised by this motion which is a prerequisite of a post-conviction motion under 18 U.S.C. § 2255, and the motion is therefore denied.

ENTERED this   20th   day of October, 2009.

s/Joe B. McDade
JOE BILLY McDADE
United States District Judge