E-FILED
Monday, 12 August, 2013  03:55:21 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 12 2013
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

To:

Clerk of Court Rock Island, IL             8-6-2013

From Johnny Joe Desilva Jr   # 10510-026

3 weeks ago I sent a snail to you pertaining to the Alleyne case I have not heard nothing back can you please send me a Docket sheet the latest one you have of my latest filings in the court thank you Very Much

Respectfully
                                    # 10510-026
Johnny Joe Desilva Jr

FCI Terre Haute
P.O. Box 33
Terre Haute, IN
47808

Johnny J DeSilva
FCI Terre Haute  #10510-026
P.O. Box 33
Terre Haute, IN
47808

INMATE IDENTIFICATION CONFIRMED

Clerk of Court
Central District of Illinois
Rock Island Division
Office of the Clerk
Room #40
Federal building