Writ of Habeas Corpus (12/2010)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| USA | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| | ) | |
| vs | ) | Case Number: **04-40080-001** |
| | ) | |
| **Johnny Joe DeSilva, Jr.** | ) | |
| Defendant(s) | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE WARDEN of **FCI Allenwood** at **Allenwood, PA**.

   WE COMMAND that you produce the body of **Johnny Joe DeSilva, Jr.**, Register No. **10510-026**, who is in your custody at **FCI Allenwood** before the United States District Court on **3/6/2017 at 10:30 AM CST** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. At the termination of said hearing you may return them to their current regular assignment.

   WITNESS the Honorable Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois.

DATED: **2/21/2017**

BY: *Kenneth A. Wells*
Kenneth A. Wells,
Clerk, U.S. District Court