E-FILED
Saturday, 06 June, 2020  01:49:15 PM
Clerk, U.S. District Court, ILCD

Under Seal - Ex. B0001

Under Seal - Ex. B0002

Under Seal - Ex. B0003

Under Seal - Ex. B0004



Under Seal - Ex. B0005



Under Seal - Ex. B0006

Under Seal - Ex. B0007

Health Information Management 0520-0121

Under Seal - Ex. B0013

Health Information Management 0520-0151

Under Seal - Ex. B0014

Health Information Management  0520-0151
Under Seal - Ex. B0015

Health Information Management 0510-0151 Under Seal - Ex. B0016

Under Seal - Ex. B0017

Under Seal - Ex. B0020

Under Seal - Ex. B0021



Under Seal - Ex. B0022



Under Seal - Ex. B0023

Under Seal - Ex. B0024

Under Seal - Ex. B0025



Under Seal - Ex. B0026

EAST LIVERPOOL CITY HOSPITAL
East Liverpool, OhioUnder Seal - Ex. B0027