

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DESILVA, JOHNNY JOE JR   10510-026

SEQUENCE: 00178461
Report Date: 05-06-2020



| | | | |
|---|---|---|---|
| Facility: | ELK ELKTON FCI | Custody Level: | IN |
| Name: | DESILVA, JOHNNY JOE JR | Security Level: | LOW |
| Register No.: | 10510-026 | Proj. Rel Date: | 06-21-2037 |
| Quarters: | V01-001L | Release Method: | GCT REL |
| Age: | 44 | DNA Status: | THP00977 / 02-23-2010 |
| Date of Birth: | | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1),(B)(1)(A) & 846 CONSPIRACY TO DIST COCAINE AND MARIJUANA,CT 1S;18:1959(A)(6) & 2 VIOLENT CRIME IN AID OF RACKEETERING ACTIVITY;ATTEMPTED ASSAULT W/A DANGEROUS WEAPON, CT 2S;18:875(B) INTERSTATE COMMUNICATION OF A THREAT TO INJURE CTS 4S-5S | 324 MONTHS |
| 18:924(C)(1)(A) & 2 USING AND CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE,CT 3S | 120 MONTHS |

Date Sentence Computation Began:   02-03-2006
Sentencing District:   ILLINOIS, CENTRAL DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 756 | Years: 14  Months: 4  Days: | + 54   JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

At the onset of his incarceration, inmate Desilva was advised to participate in substance abuse programs, pay his court-imposed financial obligations by participating in the Inmate Financial Responsibility Program, maintain clear conduct, save funds for release, and complete all core topics of the Release Preparation Program.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | UNT CA ORD | C A SIDE UNIT ORDERLY | 04-27-2020 |

### Work Assignment Summary

His work assignment have included various orderly details, recreation, compound, correctional services, food service cook, education, and electric shop. He has received satisfactory work ratings throughout his term of incarceration.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 01-10-2001 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-30-2006 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | C | CDL-INSPECTIONS AND SAFETY INF | 03-31-2019 | 07-21-2019 |
| ELK | C | FCI ACE BASIC ACCOUNTING | 03-31-2019 | 07-21-2019 |
| ELK | C | BUSINESS START UP, SUNDAYS | 09-30-2018 | 02-18-2019 |
| ELK | C | ACE CDL, SUNDAYS | 09-30-2018 | 02-18-2019 |
| ELK | C | WEIGHT MANAGEMENT | 01-07-2019 | 03-07-2019 |
| ELK | C | JUMP ROPE/M - F 8:00 AM | 08-10-2018 | 11-26-2018 |
| ELK | C | ABDOMINALS AM WELLNESS | 08-10-2018 | 11-26-2018 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 04-26-2018 | 04-26-2018 |
| ALM | C | ACE PET THERAPY | 05-17-2016 | 05-17-2016 |
| ALM | C | BASIC TUTOR TRAINING CLASS | 02-03-2016 | 02-03-2016 |
| ALP | C | ENERGY-TUES. 11AM-12PM | 07-29-2014 | 09-26-2014 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DESILVA, JOHNNY JOE JR   10510-026

SEQUENCE: 00178461
Report Date: 05-06-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA | C | HOBBYCRAFT ART | 07-16-2013 | 09-28-2013 |
| THP | C | LEARNING MEAL PLANNING | 06-05-2011 | 08-25-2011 |
| THP | C | BASIC WELLNESS ADVANCED | 06-07-2011 | 08-22-2011 |
| THP | C | JOB FAIR INTERVIEW | 11-29-2010 | 11-29-2010 |
| THP LCP | C | BASIC CERAMICS-LEISURE CLASS | 11-10-2010 | 03-09-2011 |
| THP LCP | C | ACE KEYBOARDING CLASS | 12-27-2010 | 01-20-2011 |
| THP LCP | C | TEACH ADVANCE PHYSICAL ACT | 12-11-2010 | 01-08-2011 |
| THP LCP | C | WELLNESS CLASS-BASIC NUTRITION | 09-12-2010 | 01-01-2011 |
| THP LCP | C | ACE YOGA IN LCP UNIT | 09-12-2010 | 11-28-2010 |
| THP LCP | C | ACE NUTRITION IN LCP UNIT | 09-12-2010 | 11-21-2010 |
| THP LCP | C | TEACH ADVANCE PHYSICAL ACT | 09-20-2010 | 12-10-2010 |
| THP LCP | C | BUILDING TRADES 7:30-10:30 AM | 05-21-2010 | 09-30-2010 |
| THP LCP | C | WELLNESS CLASS-STEP AEROBICS | 01-12-2010 | 03-17-2010 |
| HAZ | C | (PG) BEGINNING LEATHER-12 HRS | 08-10-2008 | 12-28-2008 |
| HAZ | C | (PG) THE HUMAN RACE COURSE | 11-09-2008 | 11-09-2008 |
| HAZ | C | CROCHET USP | 01-31-2008 | 03-20-2008 |

**Education Information Summary**

He has actively programmed throughout his incarceration, as identified above.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Discipline Summary**

He has maintained clear conduct.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ELK | A-DES | OTHER AUTH ABSENCE RETURN | 04-27-2020 | CURRENT |
| ELK | A-DES | OTHER AUTH ABSENCE RETURN | 02-25-2019 | 04-02-2020 |
| ELK | A-DES | OTHER AUTH ABSENCE RETURN | 10-24-2018 | 02-25-2019 |
| ELK | A-DES | TRANSFER RECEIVED | 04-17-2018 | 10-24-2018 |
| ALM | A-DES | OTHER AUTH ABSENCE RETURN | 07-21-2017 | 04-16-2018 |
| ALM | A-DES | WRIT RETURN | 05-22-2017 | 07-21-2017 |
| ALM | A-DES | WRIT RETURN | 02-21-2017 | 03-13-2017 |
| ALM | A-DES | OTHER AUTH ABSENCE RETURN | 12-16-2016 | 02-21-2017 |
| ALM | A-DES | OTHER AUTH ABSENCE RETURN | 08-05-2016 | 12-16-2016 |
| ALM | A-DES | TRANSFER RECEIVED | 11-19-2015 | 08-05-2016 |
| ALP | A-DES | OTHER AUTH ABSENCE RETURN | 09-18-2014 | 11-19-2015 |
| ALP | A-DES | TRANSFER RECEIVED | 04-28-2014 | 09-18-2014 |
| THA | A-DES | TRANSFER RECEIVED | 04-23-2014 | 04-25-2014 |
| THA | A-DES | OTHER AUTH ABSENCE RETURN | 11-07-2013 | 04-23-2014 |
| THA | A-DES | OTHER AUTH ABSENCE RETURN | 06-05-2013 | 11-07-2013 |
| THA | A-DES | OTHER AUTH ABSENCE RETURN | 03-07-2013 | 06-05-2013 |
| THA | A-DES | OTHER AUTH ABSENCE RETURN | 07-20-2012 | 03-07-2013 |
| THA | A-DES | TRANSFER RECEIVED | 07-27-2011 | 07-20-2012 |
| THP | A-DES | TRANSFER RECEIVED | 07-29-2009 | 07-27-2011 |
| BEC | A-DES | TRANSFER RECEIVED | 05-29-2009 | 05-29-2009 |
| HAZ | A-DES | WRIT RETURN | 09-18-2007 | 05-29-2009 |
| HAZ | A-DES | US DISTRICT COURT COMMITMENT | 03-21-2006 | 09-06-2006 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-28-2010 |
| CARE2 | STABLE, CHRONIC CARE | 09-30-2010 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DESILVA, JOHNNY JOE JR   10510-026

SEQUENCE: 00178461
Report Date: 05-06-2020

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-ISOL | COVID-19 ISOLATION-SYMPTOMS | 04-15-2020 |
| C19-T PS C | COVID-19 TEST-POSITIVE CONFRMD | 04-03-2020 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 09-27-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-04-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-27-2018 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| NO ASSIGNMENTS | | |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 03-27-2009 |

### Physical and Mental Health Summary

Medical staff determined he has no medical restrictions, with exception of recovering from a positive Covid-19 confirmation. Psychology staff determined he has no mental health concerns. He completed Drug Education, which is a 15-hour program.

### FRP Details

Most Recent Payment Plan
** NO FRP DETAILS **

FRP Assignment:   NO OBLG   FINANC RESP-NO         Start: 11-10-2014

Payments past 6 months:   $0.00         Obligation Balance: $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 4 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 3 | ASSMT | $500.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |

### Financial Responsibility Summary

He completed his financial obligation to the court.

### Release Planning

He plans to reside with his fiancé and seek employment in general labor.

### General Comments

He has made an overall satisfactory institutional adjustment. His interactions with staff and inmates is appropriate and there are no management concerns at this time.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DESILVA, JOHNNY JOE JR   10510-026

SEQUENCE: 00178461
Report Date: 05-06-2020

Name: DESILVA, JOHNNY JOE JR
Register Num: 10510-026
Age: 44
Date of Birth: ███████
DNA Status: THP00977 / 02-23-2010

---

Inmate   (DESILVA, JOHNNY JOE JR, Register Num: 10510-026)

Date

Chairperson

Case Manager

Date

Date